Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Defendant/Counterclaimant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GRAY EAGLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN LOUISE HANNAFORD; PARRY NORMA; and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | CASE NO: 2:17-cv-00579-RFB-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE JUDICIAL SETTLEMENT CONFERENCE** |
| JPMORGAN CHASE BANK, N.A.,<br><br>Counterclaimant,<br><br>vs.<br><br>GRAY EAGLE TRUST,<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant Gray Eagle Trust (the "**Trust**") and Defendant/Counterclaimant JPMorgan Chase Bank, N.A. ("**Chase**") (collectively, the

1

"**Parties**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties have reached a settlement in principle of this matter. The Parties anticipate that it will take between 90-120 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss the Parties' claims against each other.

2. Given the above-referenced settlement in principle of this matter and to avoid wasting the Court's and the Parties' resources, the Parties agree, and hereby request, that the judicial settlement conference set for March 28, 2019 at 9:00 a.m., *see* ECF No. 23, be vacated. The Parties also agree, and request, that the requirement for Settlement Conference Statements to be served on March 21, 2019, *see id.*, is vacated.

Dated this 18th day of March, 2019.

SMITH LARSEN & WIXOM

/s/ *Chet A. Glover*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant/Counterclaimant
JPMorgan Chase Bank, N.A.

Dated this 18th day of March, 2019.

LAW OFFICES OF MICHAEL F. BOHN, ESQ.

/s/ *Michael F. Bohn*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
Attorneys for Plaintiff/Counterclaimant
Gray Eagle Trust

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/21/2019