UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRAY EAGLE TRUST,<br><br>　　　　　　Plaintiff,<br>v.<br>SUSAN LOUISE HANNAFORD, *et al.*,<br>　　　　　　Defendants. | Case No. 2:17-cv-00579-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Vacate Judicial Settlement Conference (ECF No. 24), filed on March 19, 2019.

On March 21, 2019, the Court granted the parties' Stipulation to Vacate Judicial Settlement Conference. *See* ECF No. 25. The parties represent that they reached a settlement in principle but anticipate that it will take 90 to 120 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and file dismissal documents. The parties are instructed to file a status report no later than **April 5, 2019** to inform the Court why the parties need 90 to 120 days to finalize settlement and dismissal of this case. The parties may file the status report under seal if needed. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a status report no later than **April 5, 2019** informing the Court why the parties need 90 to 120 days to finalize settlement and dismissal of this case.

Dated this 22nd day of March, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE